IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WENDY ERICA JAMES | : |
| 775 Hatfield Court | |
| Waldorf, MD  20602 | : |
| | |
|   Plaintiff | : |
| | |
| vs. | :    Civil No: |
| | |
| ANDREW COLLIER PITTS | : |
| 5214 8th Road | |
| S. Arlington, VA  22204 | : |
| | |
|   Defendant | : |

## COMPLAINT

### JURISDICTIONAL STATEMENT

The Plaintiff, WENDY ERICA JAMES, respectfully moves the Court for Entry of Judgment against the Defendant, Andrew Collier Pitts, upon the following grounds:

The Plaintiff, WENDY ERICA JAMES, is an adult resident and citizen of the State of Maryland. The Defendant, Andrew Collier Pitts, is an adult resident and citizen of the Commonwealth of Virginia. The subject automobile accident having occurred in the District of Columbia. Plaintiff's claim for money damages exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00) exclusive of interest, costs, etc. The Jurisdiction of this Honorable Court to hear and decide Plaintiff's claim is based upon diversity of citizenship.

### BASIS OF CLAIM
### COUNT I
### (NEGLIGENCE)

1.    That on or about December 15, 2018 at approximately 12:00 noon, the Plaintiff, WENDY ERICA JAMES, while exercising due care for her own safety, was operating a motor

vehicle in a northerly direction along 7th Street, SW at or near its intersection with G Street, SW in Washington, DC.

2. That at the same time and place aforementioned, the Defendant, Andrew Collier Pitts, was operating a motor vehicle in a southerly direction along 7th Street, SW at or near its intersection with G Street, SW in Washington, DC.

3. That at the same time and place aforementioned, it became the duty of said Defendant to operate his motor vehicle in a safe and prudent manner, to maintain a constant vigilance for all other vehicles around and/or ahead of him, to pay full time and attention; to control his vehicle to avoid striking vehicles ahead of him; to only leave his lane of travel when safe to do so; to turn his vehicle when safe; to yield the right of way to oncoming traffic; and to observe all the traffic laws, rules and regulations of the District of Columbia.

4. That notwithstanding the aforementioned duties, said Defendant, Andrew Collier Pitts, failed in the performance thereof, and, without warning, negligently and recklessly caused his motor vehicle to forcefully and violently strike the Plaintiff's motor vehicle.

5. That as a direct and proximate result of the negligent acts of said Defendant, the Plaintiff, WENDY ERICA JAMES, sustained severe personal injuries to her neck, back, head, shoulders, trapezius muscle; her extremities, and shock to her central nervous system.

6. That as a direct and proximate result of the negligence of the Defendant, the Plaintiff has incurred, and will continue to incur, substantial expenses for medical care and attention.

7. That as a direct and proximate result of the negligence of the Defendant, the Plaintiff has incurred a loss of salary and/or wage.

**WHEREFORE,** the Plaintiff, WENDY ERICA JAMES, claims of the Defendant, Andrew Collier Pitts, damages in the amount of One Hundred Fifty Thousand Dollars ($150,000.00) plus interest and costs of suit herein.

                                                          /s/Marvin Liss  
                                                          **MARVIN LISS #433592**  
                                                          5225 Wisconsin Avenue, N.W.  
                                                          Suite 504  
                                                          Washington, D.C.  20015  
                                                          Phone (202) 237-6300  
                                                          marvin@mlisslaw.com  
                                                          Attorney for Plaintiff